UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                                        Bankruptcy No. 08-21198 HRT
                                                                                              Chapter 7
ROBERTO E LEON,
CLAUDIA M MELVILLE,
Debtors,

LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18,
Movant,

ROBERTO E LEON,
CLAUDIA M MELVILLE, and
Jeanne Y. Jagow,
the Chapter 7 Trustee,
Respondents.

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18, for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18, its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

Commonly Known as:  545 Kingsbury Ln, Lehigh Acres, FL  33936

AND such automatic stay is hereby terminated as to the above-described property and LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18 may proceed to pursue its state law rights and remedies allowed under the Note and Mortgage against the property.

Dated:  November 4, 2008

BY THE COURT:

*Howard Tallman*
Howard R. Tallman, Judge
United States Bankruptcy Court