UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                     Bankruptcy No. 08-21198 HRT
                                                                           Chapter 7
ROBERTO E LEON,
CLAUDIA M MELVILLE,
Debtor,

DUETSCHE BANK NATIONAL TRUST COMPANY,
Movant,

ROBERTO E LEON,
CLAUDIA M MELVILLE, and
Jeanne Y. Jagow,
the Chapter 7 Trustee,
Respondents.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by DUETSCHE BANK NATIONAL TRUST COMPANY, for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that DUETSCHE BANK NATIONAL TRUST COMPANY, its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

> THE WEST 150 FEET OF TRACT 44, OF GOLDEN GATE ESTATES UNIT 68, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 5, AT PAGE 90, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA

More Commonly Known as: 3365 27th Ave NE, Naples, FL 34120

AND such automatic stay is hereby terminated as to the above-described property and DUETSCHE BANK NATIONAL TRUST COMPANY may proceed to pursue its state law rights and remedies allowed under the Note and Deed of Trust against the property.

Dated   December 17, 2008

BY THE COURT:

*Howard Tallman*
United States Bankruptcy Judge

File No. 08-22297