(COB #215 voreliefstay)(12/05)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Howard R. Tallman

In re:

    Roberto E Leon
    Claudia M Melville

Debtor(s)

Case No.:   08−21198−HRT
Chapter:    7

SSN/TID
Nos.   xxx−xx−8358
       xxx−xx−1646

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

   A motion for relief from stay, Document No.64 ,("Motion"), has been filed in the above captioned case by Wells Fargo Bank, National Association ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

   ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, including the ability to foreclose, regarding the following described property:

      726 Lockbreeze Dr, Davenport, FL 33897

   IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  2/3/09

BY THE COURT:
s/ Howard R. Tallman
Chief United States Bankruptcy Judge